IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JACKIE RUSSELL KEETER,<br>Institutional ID No. 935295,<br>SID No. 04000659, | §<br>§<br>§ | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:20-CV-00066-BU |
| LORIE DAVIS, *et al.*, | §<br>§ | |
| Defendants. | § | |

## JUDGMENT

On November 8, 2022, an Order to Answer and for Partial Dismissal was filed in this case. Dkt. No. 27. In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay and directs entry of judgment as follows:

1. Keeter's claim against Monte Griffin for failing to investigate the assaults of March 8-10, 2019 is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

2. Keeter's claims for failure to train against Bobby Lumpkin, Gene Monroe, and Steven Sperry are DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

This is a final judgment with respect to the foregoing claims and Defendants. The remaining claims are Keeter's failure-to-protect claims against Karla Sadler, Crystal Hudson, and Michelle Florida arising out of their involvement in assigning Keeter to the

cell with Robinson, and Keeter's failure-to-protect claim against Paul Weaver for not immediately removing Keeter from the cell on the morning of March 14, 2019. The Court's Order and Judgment dismisses with prejudice any other claims for relief asserted by Keeter against the Defendants.

    ORDERED this 9th day of February, 2023.

                                                                          JOHN R. PARKER
                                                                          UNITED STATES MAGISTRATE JUDGE