IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JACKIE RUSSELL KEETER, <br> Institutional ID No. 935295, <br> SID No. 04000659, <br><br> Plaintiff, <br><br> v. <br><br> LORIE DAVIS, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | <br><br><br><br><br><br> Civil Action No. 1:20-CV-00066-BU |

## ORDER

Pro se Plaintiff Jackie Russell Keeter is an inmate serving a life sentence at the TDCJ's Allred Unit. Keeter filed this civil action under 42 U.S.C. § 1983 complaining of events that occurred at TDCJ's Robertson Unit in Abilene, Texas. Dkt. No. 1.

Following the judicial screening of Keeter's claims, the Court dismissed some claims, but ordered Karla Sadler, Crystal Hudson, Michelle Florida, and Paul Weaver to file an answer, motion, or other responsive pleading regarding Keeter's surviving claims. *See* Dkt. No. 27. Sadler, Hudson, and Florida have filed Answers, but Weaver has not yet been served. *See* Dkt. Nos. 30, 40, 49.

Before the Court is a Motion for Temporary Restraining Order filed by Keeter. Dkt. No. 48. Through this Motion, Keeter claims that because she identifies as a transgender woman, she is subjected to threats of sexual assault and beatings by other inmates and acts of retaliation by TDCJ employees due to her lawsuit in this Court. *Id.*

1

Among other claims, Keeter says that another inmate has groped her, that she was jumped by gang members after a failure to receive proper protection, and that "she is constantly given notes by other offenders asking for sexual favors . . . or inmates will expose their private parts to plaintiff or . . . mast[u]rbate on plaintiff." *Id.* at 2–3. Keeter also claims that TDCJ officials have taken her personal property, including an "Order from this Court." *Id.* at 5. Keeter asks that she be placed in "safe keeping" so that "she will be safe from any future assaults." Dkt. No. 48-1 at 1.

Keeter's allegations in support of her Motion are leveled against employees of the State of Texas at TDCJ's Allred Unit, and are thus likely to be represented by the Office of the Attorney General (OAG) for the State of Texas. To aid the Court in considering Plaintiff's Motion for a TRO, the Court ORDERS the OAG to respond to the claims in Plaintiff's Motion (Dkt. No. 48) by **March 15, 2023**. The purpose of the OAG's response is to enable the Court, after considering both Keeter's Motion and the OAG response, "to make sufficient findings of fact to support each element of the preliminary injunction analysis," and "'apply the correct legal standards to those facts.'" *Hernandez v. Lumpkin*, 850 F. App'x. 307, 308 (5th Cir. 2021) (quoting *Daniels Health Scis., L.L.C. v. Vascular Health Scis., L.L.C.*, 710 F.3d 579, 586 (5th Cir. 2013)).

The Clerk is ORDERED to provide the OAG a copy of this Order and a copy of Keeter's Motion for a TRO (Dkt. No. 48). These documents shall be transmitted by e-mail to the appropriate e-mail addresses at the Office of the Attorney General for the State of Texas. *See* FED. R. CIV. P. 5(b)(2)(E).

ORDERED this 23rd day of February, 2023.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE