IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JACKIE RUSSELL KEETER,<br>Institutional ID No. 935295,<br>SID No. 04000659,<br><br>   Plaintiff,<br><br>v.<br><br>LORIE DAVIS, *et al.*,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:20-CV-00066-BU |

## **ORDER**

The Court has considered Plaintiff's request for appointment of counsel. Dkt. No. 38. The Court now finds that appointment of counsel in this case is warranted because Keeter has satisfied this Court that he is financially unable to employ counsel and that either (1) exceptional circumstances justify the appointment of counsel, or (2) Keeter has diligently attempted to obtain counsel and the merits of the case justify appointment.

Accordingly, the Court hereby appoints Edwin Buffmire, Ryan Watkins, and Kshitiz Gautam of Jackson Walker, 2323 Ross Ave #600, Dallas, TX 75201, to represent Plaintiff Jackie Russell Keeter in this civil action.

ORDERED this 23rd day of March, 2023.

                       _____
                       JOHN R. PARKER
                       UNITED STATES MAGISTRATE JUDGE