UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JACKIE RUSSELL KEETER,
Institutional ID No. 00935295

        Plaintiff,

v.                                    No. 1:20-CV-00066-H

KARLA SADLAR,

        Defendant.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Dkt. No. 96. No party objected, and the time to do so has passed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

As a result, the Court grants Defendant Sadlar's motion for summary judgment. Dkt. No. 89. Additionally, the Court notes that Plaintiff and Defendants Michelle Florida and Crystal Hudson filed a joint stipulation of dismissal with prejudice. Dkt. No. 85. The joint stipulation is approved. Thus, Plaintiff's complaint and all remaining claims are dismissed with prejudice. The Court will enter judgment accordingly.

So ordered.

Dated March 19, 2025.

                                                      JAMES WESLEY HENDRIX
                                                      United States District Judge